FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

OCT - 7 2013

CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| EDGARDO ANTONIO FLORES,<br>   Petitioner,<br> v.<br>DAVID B. LONG, Warden,<br>   Respondent. | Case No. EDCV 12-02031 CJC (AN)<br><br>ORDER ACCEPTING THE FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE |

  Pursuant to 28 U.S.C. § 636, the Court has reviewed the file, including the Magistrate Judge's Report and Recommendation ("R&R") and Petitioner's Objections [14]. Further, the Court has completed a *de novo* review of those portions of the R&R to which Petitioner has objected.

  IT IS ORDERED that:

  1. The Objections do not show the findings and conclusions set forth in the R&R are legally or factually erroneous. Accordingly, the Objections are overruled.

  2. The Court accepts the findings and recommendation of the R&R.

  3. Judgment shall be entered denying the Petition and dismissing this action with prejudice.

  4. All pending motions are denied as moot and terminated.

///

1     IT IS FURTHER ORDERED that the clerk of the Court shall serve a copy of this
2 Order and the Judgment on all counsel or parties of record.

5 Dated: October 4, 2013

                                    CORMAC J. CARNEY
                                  UNITED STATES DISTRICT JUDGE