*ENTERED - SOUTHERN DIVISION CLERK, U.S. DISTRICT COURT*
*OCT - 7 2013*
*CENTRAL DISTRICT OF CALIFORNIA BY shy DEPUTY*

*FILED - SOUTHERN DIVISION CLERK, U.S. DISTRICT COURT*
*OCT - 7 2013*
*CENTRAL DISTRICT OF CALIFORNIA BY sny DEPUTY*

JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### EASTERN DIVISION

| | |
|---|---|
| EDGARDO ANTONIO FLORES, <br> Petitioner, <br> v. <br> DAVID B. LONG, Warden, <br> Respondent. | Case No. EDCV 12-02031 CJC (AN) <br><br> JUDGMENT |

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice for the reasons set forth in the Magistrate Judge's Report and Recommendation.

Dated: October 4, 2013

CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE