JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| EDGARDO ANTONIO FLORES,<br><br>Petitioner,<br><br>v.<br><br>DAVID B. LONG, Warden,<br><br>Respondent. | Case No. EDCV 12-02031 CJC (AN)<br><br>JUDGMENT |

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice for the reasons set forth in the Magistrate Judge's Report and Recommendation.

Dated: October 4, 2013

CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE